UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMY FUNDERBUNKET,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BAYER CORPORATION, et al.,<br><br>　　　　Defendants. | Case No: C 09-4600 SBA<br><br>**ORDER STAYING ACTION**<br><br>Related to:  C09-1558 SBA |

　　　IT IS HEREBY ORDERED THAT Defendants shall notify the Clerk of the United States Judicial Panel on Multidistrict Litigation of the existence of this case for determination of whether it should be transferred as a "tag along" action to <u>In re:  Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation</u>, MDL No. 2100.  Pending such determination, the above-captioned case is STAYED and all dates and deadlines are VACATED until further Order of the Court.

　　　IT IS SO ORDERED.

Dated:  October 26, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge