A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Oct 30, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

OCT 3 0 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 14, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 30, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
Clerk of Court
BY: Deborah ____
Deputy Clerk
Date 10/30/09

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2100

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**CALIFORNIA NORTHERN**
CAN  3  09-4600          Amy E. Funderburk, et al. v. Bayer Corp., et al.
CAN  3  09-4601          Emily Trujillo v. Bayer Corp., et al.
CAN  3  09-4725          David W. Mann, et al. v. Bayer Corp., et al.

**GEORGIA MIDDLE**
GAM 3  09-114            Latoya Wise v. Bayer Corp., et al.

**ILLINOIS NORTHERN**
ILN  1  09-5643          Kimberly Kirk v. Bayer Corp., et al.

**LOUISIANA EASTERN**
LAE  2  09-6667          Monique Lafontaine v. Bayer Corp., et al.

**NEW YORK EASTERN**
NYE  1  09-3961          Anna Butler v. Bayer Corp., et al.
NYE  1  09-4139          Wendy Gute v. Bayer Corp., et al.
NYE  1  09-4236          Cindy Osorio, et al. v. Bayer Corp., et al.
NYE  2  09-3838          Ambur Tiller, et al. v. Bayer Pharmaceuticals Corp., et al.

**OHIO NORTHERN**
OHN  5  09-2204          Maris Leavitt v. Bayer Corp., et al.

**OHIO SOUTHERN**
OHS  2  09-825           Jennifer A. Fry v. Bayer Corp., et al.
OHS  3  09-366           Stacy Mills v. Bayer Corp., et al.
OHS  3  09-367           Aisha Traylor v. Bayer Corp., et al.

**PENNSYLVANIA EASTERN**
PAE  2  09-4567          Philadelphia Firefighters Union Local No. 22 Health & Welfare
                         Fund, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.